# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0310
_____

PAUL F. ZELL, JR.,

Appellant,

v.

WORLD OMNI FINANCIAL CORP.
d/b/a SOUTHEAST TOYOTA
FINANCIAL,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Lacey Powell Clark, Judge.


August 5, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul F. Zell, Jr., pro se, Appellant.

Joshua Lester Zipper of Shapiro, Blasi, Wasserman & Hermann, P.A., Boca Raton, for Appellee.